United States District Court
Southern District of Texas
**ENTERED**
October 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIKA AZUSENA REYES-LOPEZ, A#215781147, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-25-4629 |
| WARDEN, Montgomery Processing Center, and WARDEN, Houston Contract Detention Facility, | § § § § § | |
| Respondent. | § | |

## ORDER

The petitioner, Erika Azusena Reyes-Lopez (A#215781147), is currently in custody of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") at the Houston Contract Detention Facility. Reyes-Lopez is represented by counsel and has filed, as amended, a petition for a writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (Docket Entry No. 8), challenging her continued confinement. The court has entered an Order to Answer instructing the proper respondent to answer the Petition (Docket Entry No. 10).

Petitioner has now filed a Motion for Preliminary Injunction ("Motion for PI") (Docket Entry No. 11) which asks the court to order the respondents not to transfer the petitioner to another ICE facility and seeks the petitioner's immediate release from ICE custody.

The court **ORDERS** as follows:

1. The Clerk shall deliver copies of the Motion for PI (Docket Entry No. 11) and this Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, by <u>certified</u> <u>mail</u> <u>return</u> <u>receipt</u> <u>requested</u> to the Civil Process Clerk, United States Attorney's Office, 1000 Louisiana St., Suite 2300, Houston, TX 77002, and by electronic mail to USATXS.CivilNotice@usdoj.gov.

2. The Clerk shall also serve copies of the Motion for PI (Docket Entry No. 11) and this Order by certified mail upon: (1) the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; (2) Warden, Montgomery Processing Center, 806 Hilbig Road, Conroe, TX 77301; and (3) Warden, Houston Contract Detention Facility, 15850 Export Plaza Drive, Houston, TX 77032.

3. The proper respondent shall file a response to the Motion for PI by **October 20, 2025**.

4. As previously ordered, the court reminds the respondents that they must notify the petitioner's counsel and the court of any anticipated or planned transfer of the petitioner outside of the Southern District of Texas **at least five (5) days before** any such transfer.

The Clerk shall provide a copy of this Order to the parties.

**SIGNED** at Houston, Texas, on this 8th day of October, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE