IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Erika Azusena Reyes-Lopez, § § | |
| Petitioner, § § | |
| v. § | Civil Action No. H-25-4629 |
| § | |
| WARDEN, Montgomery Processing Center § and WARDEN, Houston Contract § Detention Facility, § § | |
| Respondent. § | |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge Dena Hanovice Palermo's Report and Recommendation (docket no. 27) dated October 21, 2025, the Federal Respondents' objections (docket no. 29), Respondent Martin L. Frink's Joinder (docket no. 31) and Petitioner Erika Azusena Reyes-Lopez' response (docket no. 32), concludes that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Erika Azusena Reyes-Lopez's Petition for Writ of Habeas Corpus (docket no. 1) is **GRANTED IN PART**. Respondents must provide Reyes-Lopez with a bond hearing under § 1226(a) within fourteen (14) days of entry of this Order or release her.

It is further **ORDERED** that the Parties are to file a Joint Status Report of Reyes-Lopez' bond hearing within twenty-one (21) days of entry of this Order.

**SIGNED** at Houston, Texas, on this the ___21st___ day of November, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE