United States District Court
Southern District of Texas
**ENTERED**
December 17, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Erika Azusena Reyes-Lopez, | § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. H-25-4629 |
| WARDEN, Montgomery Processing Center and WARDEN, Houston Contract Detention Facility, | § § § § | |
| Respondent. | § § § | |

## ORDER OF DISMISSAL

On December 12, 2025, the Parties filed a Joint Status Report Regarding Bond Hearing (docket no. 36) informing the Court that Petitioner was provided a bond hearing before an Immigration Judge, a bond was set and Petitioner satisfied the bond and was released from Ice Custody on December 9, 2025.

Because this case is now moot this action is hereby **DISMISSED WITHOUT PREJUDICE**.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 17th day of December, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE